**Sharon THOMPSON, Plaintiff–Appellant,**

v.

**Thomas E. WHITE, Secretary, Department of the Army, Defendant–Appellee.**

No. 03–1140.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 17, 2003.

Sharon Thompson, Appellant pro se. Janice McKenzie Cole, Jerri Ulrica Dunston, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Sharon Thompson appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Thompson v. White,* No. CA–01–988–5–H3 (E.D.N.C. Oct. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*